IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN PHONTHACHACK,

    Petitioner,                 No. CIV S-09-0979 DAD P

    vs.

J. LIZARRAGA, Warden,

    Respondent.            ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis.

        Examination of the in forma pauperis affidavit reveals that petitioner is unable to afford the costs of suit. Accordingly, the request for leave to proceed in forma pauperis is granted. See 28 U.S.C. § 1915(a).

        Under Rule 2 of the Rules Governing Section 2254 Cases, a petition for writ of habeas corpus must "be signed under penalty of perjury by the petitioner or by a person authorized to sign it for the petitioner. . . ." Petitioner has failed to sign his petition. Accordingly, the instant petition must be dismissed with leave to amend.

/////

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's April 10, 2009 request to proceed in forma pauperis (Doc. No. 2) is granted;

2. Petitioner's application for writ of habeas corpus is dismissed with leave to file an amended petition within thirty days from the date of this order;

3. Any amended petition must be filed on the form employed by this court, must be signed, and must state all claims and prayers for relief on the form. It must bear the case number assigned to this action and must bear the title "Amended Petition"; and

4. The Clerk of the Court is directed to send petitioner the form for habeas corpus application.

DATED: April 22, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
phon0979.amd

2